**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TRUPTI MOHITE**,<br><br>Plaintiff,<br><br>v.<br><br>**CORNELL UNIVERSITY** ,<br><br>Defendants. | Case No.  4:20-cv-00798-YGR<br><br>**ORDER: (1) REQUIRING COUNSEL OF RECORD TO SUBMIT FURTHER INFORMATION RE: WITHDRAWAL OF COUNSEL FOR PLAINTIFF; (2) VACATING COMPLIANCE DEADLINE; AND (3) SETTING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. No. 32 |

The Court has received the stipulation of plaintiff's counsel ("Counsel") to withdraw from representation of plaintiff ("the Client") in the above-captioned action.  (Dkt. No. 32; *see also* Dkt. No. 33.)  The Court **ORDERS** Counsel to submit further information in support of the stipulation as follows:

1. By no later than **December 22, 2020**, Counsel shall file a declaration indicating that Counsel has: (1) spoken directly with the Client, telephonically or in person, about the case generally and the status of the proceedings, including the date of such communication or, if Client is not responsive, how Counsel has transmitted such information to the Client; and (2) discussed with the Client the delivery of any legal files to the Client and other consequences of Counsel's withdrawal in this matter.

2. By no later than **December 29, 2020**, Counsel shall also file proof of service of a notice to the Client as follows:

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

You will not have an attorney representing you.  You may wish to seek legal assistance.  If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself.  It will be your responsibility to comply with all court rules and applicable laws.  **If you fail to do so, or fail to appear at hearings, action may be taken against you.  You may lose your case.**

If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

3. By no later than **January 5, 2021**, Counsel shall file a notice with the Court of Client's current and/or last known address and telephone number, and shall confirm that the Client is on notice of the case management conference which the Court schedules herein and the obligations to file an updated case management statement under the Local Rules.

Should Counsel fail to comply with the above requirements, the Court may deny the stipulation to withdraw.

The Court further **VACATES** the compliance deadline set for January 22, 2021, and **SETS** a case management conference in this action for **January 25, 2021** at **2:00 PST PM**.

**IT IS SO ORDERED**.

**Dated**: December 11, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**